# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1345
Lower Tribunal No. 2022CF003270

_____

DAMERIUS KASHON HART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

April 24, 2026

PER CURIAM.

Damerius Kashon Hart appeals his judgment and sentence after a jury found him guilty as charged of two counts of lewd and lascivious battery on a child between the ages of twelve and sixteen. Hart's challenge to the trial court's imposition of extradition costs is meritless because such imposition is authorized by Florida law. *See* § 938.27(1), Fla. Stat. (2022) ("In all criminal . . . cases, convicted persons are liable for payment of the costs of prosecution, including investigative costs incurred by law enforcement agencies, . . . if requested by such agencies. The court shall

include these costs in every judgment rendered against the convicted person."); *Bass v. State*, 873 So. 2d 569, 570 (Fla. 2d DCA 2004) (recognizing that extradition costs are costs of prosecution authorized under section 938.27(1)). Because the trial court's imposition of $4,025 is described as "Cost of Extradition," it is not rendered invalid by the erroneous reference to section 941.06 as "Statutory Authority."[1] *See Redman v. State*, 412 So. 3d 201, 203 (Fla. 6th DCA 2025) (explaining that a trial court is not required to cite a specific statute for an assessment, if it provides the amount and description of the assessment). We reject Hart's other arguments on appeal without further discussion.

AFFIRMED.

STARGEL, WHITE and KAMOUTSAS, JJ., concur.

Robert David Malove and Hani Demetrious, of The Law Office of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED

---

[1] To avoid this issue in the future, we suggest that the scrivener's error on the form be corrected to refer to section 938.27 as "Statutory Authority" for "Cost of Extradition."